BERNARD KAPLITZKY, Appellant, v. BROOKLYN UNION GAS COMPANY, INC., Respondent.— Order denying plaintiff's motion to vacate order dismissing the action affirmed, with ten dollars costs and disbursements. No opinion. Young, Hagarty, Carswell, Scudder and Davis, JJ., concur.

BENJAMIN KYLES, Respondent, v. JOHN HAROLD ENGLERT, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

GEORGE LEARY and Another, Appellants, v. VILLAGE OF LAWRENCE, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Young, Hagarty, Carswell, Scudder and Davis, JJ.

SAMUEL LINCHITZ, an Infant, by LOUIS LINCHITZ, His Guardian ad Litem, Appellant, v. JOHN D. CHAPMAN and Others, Copartners Doing Business under the Firm Name and Style of CHISHOLM & CHAPMAN, Respondents.— Order granting motion to bring in additional parties defendant affirmed, with ten dollars costs and disbursements; respondents to serve on the additional defendants, within ten days from the entry of the order herein, a supplemental summons, an amended answer, a copy of the order entered herein, with notice of entry, and a copy of the plaintiff's complaint. No opinion. Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ., concur.

BERNARD RENTROP, Respondent, v. NATHAN T. BEERS, Appellant.— Order affirmed, with ten dollars costs and disbursements, without prejudice to the rights of the defendant to apply at Trial Term for a continuance if, when the case is reached on the calendar, the defendant's state of health is such as not to permit him to attend the trial with a reasonable degree of safety. No opinion. Young, Hagarty, Carswell, Scudder and Davis, JJ., concur.